IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 22-20209-GLT |
| | ) | |
| Annamaria Loris a/k/a Annamaria Johnson, a/k/a Annamaria Lamanna, a/k/a Annamaria Currin, | ) ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Annamaria Loris a/k/a Annamaria Johnson, a/k/a Annamaria Lamanna, a/k/a Annamaria Currin, | ) ) | Related to Doc. No. 71 & 89 |
| | ) | |
| Movant, | ) | Hearing Date & Time: July 21, 2022 @ 1:30 p.m. |
| | ) | |
| v. | ) | |
| | ) | |
| KeyBank, N.A., successor by merger to First Niagara Bank, N.A., | ) ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING DEBTOR'S MOTION TO SET ASIDE AND CANCEL LIEN WHICH IMPAIRS EXEMPTIONS TO DEBTOR**

The undersigned hereby certifies that agreement has been reached between Movant and Respondent regarding the Motion filed on June 15, 2022.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

    X    An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

        No other order has been filed pertaining to the subject matter of this agreement.

        The attached document does not require a proposed order.

Dated:    6/9/2022                      By:   /s/ Brian M. Kile
                                                              Brian M. Kile, Esquire
                                                              GRENEN & BIRSIC, P.C.
                                                              PA ID No. 89240
                                                              One Gateway Center, 9th Floor
                                                              Pittsburgh, PA 15222
                                                              412-281-7650
                                                              bkile@grenenbirsic.com

**PAWB Local Form 26 (06/17)**