## IN THE UNITED STATES BANKRUPTUCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Case No. 22-20209-GLT

    Annamaria Loris

       Debtor(s)
    Annamaria Loris

       Movant(s)

          vs.

    Kameela Roach
       Respondent(s)

## ENTRY OF APPEARANCE

TO: The Clerk of Court and all parties of record:

    Kindly enter my appearance on behalf of Respondent, Kameela Roach, with regard to the above referenced matter.

          Respectfully Submitted:

          */s/ Bianca M. DiNardo*
          Bianca M. DiNardo, Esquire
          Pa.I.D. #327917
          Goodrich and Geist, PC
          3634 California Avenue
          Pittsburgh, PA 15212
          Phone: 412-766-1455
          Facsimile: 412-766-0300
          Email: biancad@goodrichandgeist.com
          Attorney for Respondent

Date: July 20, 2022

## **CERTIFICATE OF SERVICE**

On July 20, 2022, I served the foregoing document on all parties and their counsel through the Court's ECF system in accordance with the Federal Rules of Civil Procedure.

Samuel M. DiFatta, Esquire
DiFatta Law Offices
PO Box 23
Pittsburgh, PA 15084
Difatta1015@comcast.net

Respectfully Submitted:

*/s/ Bianca M. DiNardo*
Bianca M. DiNardo, Esquire
Pa.I.D. #327917
Goodrich and Geist, PC
3634 California Avenue
Pittsburgh, PA 15212
Phone: 412-766-1455
Facsimile: 412-766-0300
Email: biancad@goodrichandgeist.com
Attorney for Respondent