FILED
7/20/22 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 22-20209-GLT |
| | ) | |
| Annamaria Loris a/k/a Annamaria Johnson, a/k/a Annamaria Lamanna, a/k/a Annamaria Currin, | ) ) ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) ) | |
| Annamaria Loris a/k/a Annamaria Johnson, a/k/a Annamaria Lamanna, a/k/a Annamaria Currin, | ) ) ) ) | Related to Doc. No. 71, 89 & 110 Hearing Date & Time: July 21, 2022 @ 1:30 p.m. |
| Movant, | ) | |
| v. | ) ) | |
| KeyBank, N.A., successor by merger to First Niagara Bank, N.A., | ) ) ) | |
| Respondent. | ) | |

### CONSENT ORDER OF COURT

AND NOW, this _20th Day of July_ 2022, upon consideration of the Debtor's Motion to Set Aside and Cancel Lien Which Impairs Exemptions to Debtor (the "Motion"), the Response thereto by KeyBank, N.A., successor by merger to First Niagara Bank, N.A. ("KeyBank") and with the consent of the parties,

It is hereby ORDERED, ADJUDGED and DECREED that, to the extent the judgment lien of KeyBank impairs the exemptions Debtor's personal property in which she claimed an exemption under 11 U.S.C. §522(b), said judgment lien is hereby avoided and declared null and void.

If is further ORDERED, ADJUDGED and DECREED that the judgment lien of KeyBank shall remain a lien as to the Debtor's real property located in Allegheny County, Pennsylvania and shall be unaffected by this Order.

BY THE COURT:

_____  **drb**
Gregory L. Taddonio
United States Bankruptcy Judge

Consented to by:

_____
Samuel M. DiFatta, Esq.
Counsel for Debtor


_____
Brian M. Kile, Esq.
Counsel for KeyBank, N.A.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20209-GLT |
| Annamaria Loris | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annamaria Loris, 1332 Foxboro Drive, Monroeville, PA 15146-4441 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bianca M. DiNardo | on behalf of Respondent Kameela Roach biancad@goodrichandgeist.com |
| Brian Nicholas | on behalf of Creditor KeyBank NA, s/b/m First Niagara Bank, NA bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor NP191 LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian M. Kile | on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Twp of Collier & Chartiers Valley School District jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Scott jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Carnegie jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Joshua P Geist
    on behalf of Respondent Kameela Roach josh@goodrichandgeist.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Samuel M. DiFatta
    on behalf of Debtor Annamaria Loris difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

TOTAL: 18