# Notice Recipients

District/Off: 0315–2  User: auto  Date Created: 8/10/2022
Case: 22–20209–GLT  Form ID: 318  Total: 68

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | NP191, LLC | |
| res | Kameela Roach | |
| cr | KeyBank, NA, s/b/m First Niagara Bank, NA | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| aty | Bianca M. DiNardo | biancad@goodrichandgeist.com |
| aty | Brian Nicholas | bnicholas@kmllawgroup.com |
| aty | Brian E. Caine | bcaine@parkermccay.com |
| aty | Brian M. Kile | bkile@grenenbirsic.com |
| aty | Jeffrey Hunt | ecfpeoples@grblaw.com |
| aty | Jeffrey R. Hunt | jhunt@grblaw.com |
| aty | Joshua P Geist | josh@goodrichandgeist.com |
| aty | Keri P. Ebeck | kebeck@bernsteinlaw.com |
| aty | Samuel M. DiFatta | difatta1015@comcast.net |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Annamaria Loris | 1332 Foxboro Drive   Monroeville, PA 15146 |
| cr | PRA Receivables Management, LLC | PO Box 41021   Norfolk, VA 23541 |
| cr | Duquesne Light Company | c/o Bernstein–Burkley, P.C.   601 Grant Street, 9th Floor   Pittsburgh, PA 15219 |
| cr | Ally Bank, c/o AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118 |
| cr | Peoples Natural Gas Company LLC | GRB Law   c/o Jeffrey R. Hunt, Esquire   525 William Penn Place, Suite 3110   Pittsburgh, PA 15219 UNITED STATES |
| cr | Pittsburgh Water & Sewer Authority | Jeffrey R. Hunt, Esquire   525 William Penn Place   Suite 3110   Pittsburgh   PA, 15219 UNITED STATES |
| cr | Key Bank, N.A. | 4224 Ridge Lea   Amherst, NY 14226 |
| tr | Natalie Lutz Cardiello | 107 Huron Drive   Carnegie, PA 15106 |
| cr | County of Allegheny | c/o GRB Law   Jeffrey R. Hunt, Esquire   525 William Penn Place, Suite 3110   Pittsburgh, PA 15219 UNITED STATES |
| cr | Chartiers Valley School District | Jeffrey R. Hunt, Esquire   525 William Penn Place   Suite 3110   Pittsburgh   PA, 15219 UNITED STATES |
| cr | Township of Scott | Jeffrey R. Hunt, Esquire   525 William Penn Place   Suite 3110   Pittsburgh   PA, 15219 UNITED STATES |
| cr | Twp of Collier & Chartiers Valley School District | Jeffrey R. Hunt, Esquire   525 William Penn Place   Suite 3110   Pittsburgh   PA, 15219 UNITED STATES |
| cr | Borough of Carnegie | Jeffrey R. Hunt, Esquire   525 William Penn Place   Suite 3110   Pittsburgh   PA, 15219 UNITED STATES |
| cr | City & School District of Pittsburgh | Jeffrey R. Hunt, Esquire   525 William Penn Place   Suite 3110   Pittsburgh   PA, 15219 UNITED STATES |
| aty | Natalie Lutz Cardiello | 107 Huron Drive   Carnegie, PA 15106 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division   P.O. Box 280946   Harrisburg, PA 17128–0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946   P.O. Box 280946   ATTN: BANKRUPTCY DIVISION   Harrisburg, PA 17128–0946 |
| 15451406 | AAS Debt Recovery | PO Box 129   Monroeville, PA 15146 |
| 15456909 | American Express National Bank | c/o Becket and Lee LLP   PO Box 3001   Malvern PA 19355–0701 |
| 15479837 | Borough of Carnegie | c/o GRB Law   Jeffrey R. Hunt, Esquire   525 William Penn Place   Suite 3110   Pittsburgh, PA 15219 |
| 15453488 | CACH, LLC | Resurgent Capital Services   PO Box 10587   Greenville, SC 29603–0587 |
| 15457168 | Capital One Bank (USA), N.A. | by American InfoSource as agent   PO Box 71083   Charlotte, NC 28272–1083 |
| 15479783 | Chartiers Valley School District | c/o GRB Law   Jeffrey R. Hunt, Esquire   525 William Penn Place   Suite 3110   Pittsburgh, PA 15219 |
| 15451407 | Choice Recovery, Inc. | 1105 Schrock Road   Suite 700   Columbus, OH 43229 |
| 15479840 | City & School District of Pittsburgh | c/o GRB Law   Jeffrey R. Hunt, Esquire   525 William Penn Place   Suite 3110   Pittsburgh, PA 15219 |
| 15451408 | Continental Finance Company | 4550 New Linden Road   Wilmington, DE 19808 |
| 15479781 | County of Allegheny | GRB Law   c/o Jeffrey R. Hunt, Esquire   525 William Penn Place, Suite 3110   Pittsburgh, PA 15219 |
| 15451409 | Credit Collection | 16 Distributors Dr.   Suite 1   Morgantown, WV 26501 |
| 15471198 | Duquesne Light Company | c/o Bernstein–Burkley, P.C.   601 Grant Street, 9th Floor   Pittsburgh, PA 15219 |
| 15483933 | Edna Roach | 502 Chalfont   Pittsburgh, PA 15210 |

| ID | Name | Address |
|---|---|---|
| 15451410 | First Premier Bank | 3820 N. Louise Avenue    Sioux Falls, SD 57107 |
| 15451411 | Huntington National Bank | PO Box 1558    Columbus, OH 43216 |
| 15451412 | IC System Collections | PO Box 64378    Saint Paul, MN 55164 |
| 15483934 | Kameela Roach | 200 Gillilund Place    Pittsburgh, PA 15202 |
| 15451413 | Key Bank, NA | 4910 Tiedeman Road    Brooklyn, OH 44144 |
| 15460845 | KeyBank N.A. as s/b/m to First Niagara Bank N.A. | 4910 Tiedeman Rd    Brooklyn, OH 44144 |
| 15471913 | KeyBank National Association | attn: Charles Benjamin    POB 74713    Cleveland, OH 44194–4713 |
| 15453370 | KeyBank, N.A. | 4910 Tiedeman Road    Brooklyn, OH 44144 |
| 15454328 | MERRICK BANK | Resurgent Capital Services    PO Box 10368    Greenville, SC 29603–0368 |
| 15451414 | NP191, LLC | C/O Specialized Loan Servicing, LLC    6200 S. Quebec Street    Greenwood Village, CO 80111 |
| 15472728 | NP191, LLC | c/o Planet Home Lending, LLC    321 Research Parkway    Meriden, CT 06450 |
| 15483935 | PNC Bank, NA | 3232 Newmark Drive    Miamisburg, OH 45302 |
| 15451415 | Patrick J. Wesner, Esq. | Parker McCay PA    90000 Midlantic Drive    Suite 300    Mount Laurel, NJ 08054 |
| 15454130 | Peoples Natural Gas Company LLC | GRB Law    c/o Jeffrey R. Hunt, Esquire    525 William Penn Place    Suite 3110    Pittsburgh, PA 15219 |
| 15466400 | Pittsburgh Water & Sewer Authority | c/o GRB Law    Jeffrey R. Hunt, Esquire    525 William Penn Place    Suite 3110    Pittsburgh, PA 15219 |
| 15464919 | Premier Bankcard, LLC | Jefferson Capital Systems LLC Assignee    Po Box 7999    Saint Cloud MN 56302–9617 |
| 15470823 | Quantum3 Group LLC as agent for | Genesis FS Card Services Inc    PO Box 788    Kirkland, WA 98083–0788 |
| 15451416 | Sychrony Bank/JC Penney | PO Box 965007    Orlando, FL 32896 |
| 15452529 | Synchrony Bank | c/o of PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| 15454171 | The Huntington National Bank | P O Box 89424    Cleveland OH 44101–8539 |
| 15479832 | Township of Scott | c/o GRB Law    Jeffrey R. Hunt, Esquire    525 William Penn Place    Suite 3110    Pittsburgh, Pa 15219 |
| 15479835 | Twp. of Collier and Chartiers Valley School Dist. | c/o GRB Law    Jeffrey R. Hunt, Esquire    525 William Penn Place    Suite 3110    Pittsburgh, PA 15219 |
| 15486449 | UPMC PHYSICIAN SERVICES | PO BOX 1123    MINNEAPOLIS, MN 55440–1123 |
| 15451417 | Verizon | 500 Technology Drive    Weldon Springs, MO 63304 |
| 15451418 | Verizon Wireless | PO Box 650051    Dallas, TX 75265 |

TOTAL: 55