**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Annamaria Loris**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0856<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22-20209-GLT | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

> Annamaria Loris
> aka Annamaria Johnson, aka Annamaria Lamanna, aka Annamaria Currin

8/10/22

**By the court:**   Gregory L. Taddonio
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Annamaria Loris  
    Debtor

Case No. 22-20209-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 10, 2022 | Form ID: 318 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annamaria Loris, 1332 Foxboro Drive, Monroeville, PA 15146-4441 |
| cr | + | Key Bank, N.A., 4224 Ridge Lea, Amherst, NY 14226-1016 |
| cr | + | Township of Scott, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| cr | + | Twp of Collier & Chartiers Valley School District, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 15451406 | + | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 15451408 | | Continental Finance Company, 4550 New Linden Road, Wilmington, DE 19808 |
| 15483933 | + | Edna Roach, 502 Chalfont, Pittsburgh, PA 15210-1400 |
| 15451412 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC System Collections, PO Box 64378, Saint Paul, MN 55164 |
| 15483934 | + | Kameela Roach, 200 Gillilund Place, Pittsburgh, PA 15202-3817 |
| 15460845 | + | KeyBank N.A. as s/b/m to First Niagara Bank N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15471913 | | KeyBank National Association, attn: Charles Benjamin, POB 74713, Cleveland, OH 44194-4713 |
| 15451415 | | Patrick J. Wesner, Esq., Parker McCay PA, 90000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054 |
| 15479832 | + | Township of Scott, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110 Pittsburgh, Pa 15219-1753 |
| 15479835 | + | Twp. of Collier and Chartiers Valley School Dist., c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110 Pittsburgh, PA 15219-1753 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Aug 11 2022 03:43:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Aug 11 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 11 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2022 23:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 11 2022 03:43:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 10 2022 23:46:00 | Borough of Carnegie, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| cr | + Email/Text: ebnjts@grblaw.com | Aug 10 2022 23:46:00 | Chartiers Valley School District, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + Email/Text: ebnjts@grblaw.com | Aug 10 2022 23:46:00 | City & School District of Pittsburgh, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + Email/Text: ebnjts@grblaw.com | Aug 10 2022 23:46:00 | County of Allegheny, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + EDI: RECOVERYCORP.COM | Aug 11 2022 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Aug 10 2022 23:46:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + Email/Text: ebnpwsa@grblaw.com | Aug 10 2022 23:46:00 | Pittsburgh Water & Sewer Authority, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15456909 | Email/PDF: bncnotices@becket-lee.com | Aug 10 2022 23:49:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15479837 | + Email/Text: ebnjts@grblaw.com | Aug 10 2022 23:46:00 | Borough of Carnegie, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15453488 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2022 23:49:13 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15457168 | EDI: CAPITALONE.COM | Aug 11 2022 03:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15479783 | + Email/Text: ebnjts@grblaw.com | Aug 10 2022 23:46:00 | Chartiers Valley School District, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15451407 | + Email/Text: bankrupt@choicerecovery.com | Aug 10 2022 23:46:00 | Choice Recovery, Inc., 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 15479840 | + Email/Text: ebnjts@grblaw.com | Aug 10 2022 23:46:00 | City & School District of Pittsburgh, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15479781 | + Email/Text: ebnjts@grblaw.com | Aug 10 2022 23:46:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15451409 | + EDI: CCUSA.COM | Aug 11 2022 03:43:00 | Credit Collection, 16 Distributors Dr., Suite 1, Morgantown, WV 26501-7209 |
| 15471198 | + Email/Text: jdryer@bernsteinlaw.com | Aug 10 2022 23:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15451410 | + EDI: AMINFOFP.COM | Aug 11 2022 03:43:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15451411 | + Email/Text: bankruptcy@huntington.com | Aug 10 2022 23:47:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 15451412 | EDI: LCIICSYSTEM | Aug 11 2022 03:43:00 | IC System Collections, PO Box 64378, Saint Paul, MN 55164 |
| 15451413 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 10 2022 23:47:00 | Key Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 10, 2022 | Form ID: 318 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15453370 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 10 2022 23:47:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15454328 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 10 2022 23:49:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15451414 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 10 2022 23:46:00 | NP191, LLC, C/O Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15472728 | ^ | MEBN | Aug 10 2022 23:42:13 | NP191, LLC, c/o Planet Home Lending, LLC, 321 Research Parkway, Meriden, CT 06450-8301 |
| 15483935 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 10 2022 23:46:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45302 |
| 15454130 | + | Email/Text: ebnpeoples@grblaw.com | Aug 10 2022 23:46:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15466400 | + | Email/Text: ebnpwsa@grblaw.com | Aug 10 2022 23:46:00 | Pittsburgh Water & Sewer Authority, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15464919 | + | EDI: JEFFERSONCAP.COM | Aug 11 2022 03:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15470823 | | EDI: Q3G.COM | Aug 11 2022 03:43:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15451416 | + | EDI: RMSC.COM | Aug 11 2022 03:43:00 | Sychrony Bank/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 15452529 | + | EDI: RMSC.COM | Aug 11 2022 03:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15454171 | + | Email/Text: bankruptcy@huntington.com | Aug 10 2022 23:47:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15486449 | ^ | MEBN | Aug 10 2022 23:41:58 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15451417 | + | EDI: VERIZONCOMB.COM | Aug 11 2022 03:43:00 | Verizon, 500 Technology Drive, Weldon Springs, MO 63304-2225 |
| 15451418 | + | EDI: VERIZONCOMB.COM | Aug 11 2022 03:43:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| res | | Kameela Roach |
| cr | | KeyBank, NA, s/b/m First Niagara Bank, NA |
| cr | | NP191, LLC |
| aty | *+ | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 22-20209-GLT    Doc 117    Filed 08/12/22    Entered 08/13/22 00:26:21    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 10, 2022 | Form ID: 318 | Total Noticed: 53 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

**Name**    **Email Address**

Bianca M. DiNardo
 on behalf of Respondent Kameela Roach biancad@goodrichandgeist.com

Brian Nicholas
 on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA bnicholas@kmllawgroup.com

Brian E. Caine
 on behalf of Creditor NP191  LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile
 on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey Hunt
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
 on behalf of Creditor Borough of Carnegie jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor Twp of Collier & Chartiers Valley School District jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor Township of Scott jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com

Joshua P Geist
 on behalf of Respondent Kameela Roach josh@goodrichandgeist.com

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Natalie Lutz Cardiello
 on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
 ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Samuel M. DiFatta
 on behalf of Debtor Annamaria Loris difatta1015@comcast.net  richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

TOTAL: 18